THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
CATHY C. SHYONG (SBN 288537)
cshyong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     +1-650-614-7400
Facsimile:      +1-650-614-7401

NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
405 Howard St.
San Francisco, CA 94105
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Attorneys for Plaintiff
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| APPLE INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>MOBILE STAR LLC, a New York Limited Liability Company, and Does 1-50<br><br>  Defendants. | Case No. 3:16-cv-06001-WHO<br><br>**STIPULATION TO SHORTEN TIME ON APPLE'S MOTION FOR EXPEDITED DISCOVERY**<br><br>Dept:  Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

STIP.TO SHORTEN TIME ON EXPED.
DISCOV. MOT.
CASE NO. 3:16-cv-06001-WHO

Pursuant to Local Rule 6-2(a), Plaintiff Apple Inc. and Defendant Mobile Star LLC, by and through counsel, hereby stipulate as follows:

1. Apple has filed a Motion for Preliminary Injunction calendared in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules for hearing on December 7, 2016.

2. Apple has filed a Motion for Expedited Discovery calendared in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules on November 30, 2016.

3. Apple's Motion for Expedited Discovery seeks an order from the Court granting limited discovery on an expedited basis in advance of the December 7, 2016 Preliminary Injunction.

4. Due to the pending Motion for Preliminary Injunction, the parties agree that the Motion for Expedited Discovery should be heard on shortened time so that discovery, if ordered by the Court, can be completed in advance of the Preliminary Injunction hearing.

5. The parties have stipulated to the following briefing schedule for Apple's Motion for Expedited Discovery:

| | |
|---|---|
| October 28, 2016 | Mobile Star's Opposition Brief Due |
| November 2, 2016 | Apple's Reply Brief Due |
| November 9, 2016 | Hearing on Apple's Expedited Discovery Motion |

6. The Court has not made any previous changes to the schedule in this case.

7. If this stipulation is approved, it will not have an effect on the schedule of this case.

///

///

**IT IS SO STIPULATED.**

Dated: October 20, 2016                    Orrick, Herrington & Sutcliffe LLP

By:   */s/ Thomas H. Zellerbach*
THOMAS H. ZELLERBACH
Attorneys for Plaintiff
Apple Inc.

Dated: October 20, 2016                    Tucker Ellis LLP

By:   */s/ Brian K Brookey*
Brian K. Brookey
Attorneys for Defendant Mobile Star LLC

### ATTESTATION OF CONCURRENCE

I, Thomas H. Zellerbach, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: October 20, 2016                    By:   */s/ Thomas H. Zellerbach*
Thomas H. Zellerbach

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

STIP. TO SHORTEN TIME ON EXPED.
DISCOV. MOT.
CASE NO. 3:16-cv-06001-WHO

## **ORDER**

Pursuant to stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff Apple Inc.'s Motion for Expedited Discovery shall be briefed and heard pursuant to the following schedule:

| | |
|---|---|
| October 28, 2016 | Mobile Star's Opposition Brief Due |
| November 2, 2016 | Apple's Reply Brief Due |
| November 9, 2016 | Hearing on Apple's Expedited Discovery Motion |

**IT IS SO ORDERED.**

Dated: October 24, 2016



Hon. William H. Orrick
United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 4 -

STIP. TO SHORTEN TIME ON EXPED.
DISCOV. MOT.
CASE NO. 3:16-cv-06001-WHO