J. Noah Hagey (SBN: 262331)
    hagey@braunhagey.com
Andrew Levine (SBN: 278246)
    levine@braunhagey.com
J. Tobias Rowe (SBN: 305596)
    rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, Second Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:  (415) 276-1808

ATTORNEYS FOR DEFENDANT
DGL GROUP, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | Case No. 3:16-cv-06001-WHO |
| Plaintiff, | **DEFENDANT DGL GROUP, LTD'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT** |
| v. | |
| MOBILE STAR, LLC, a New York Limited Liability Company, BUYRITE18, INC., a New York Corporation; DGL GROUP, LTD., a New York Corporation; OEM WORLD, INC., a New York Corporation; STARKEYS CORP., a New York Corporation; SATK CORP., a New York Corporation; TOP 10 CELL TRADING, INC., a New York Corporation; and VENTURECOM DISTRIBUTION, INC., a California Corporation, | |
| Defendants. | |

Defendant DGL Group, Ltd. ("Defendant") hereby answers Plaintiff Apple Inc.'s ("Plaintiff") First Amended Complaint ("Complaint") as follows:

**INTRODUCTION**

1. Paragraph 1 states Plaintiff's description of the action to which no response is required. To the extent any response is required, Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph and on that basis, the allegations are denied.

2. Paragraph 2 states legal conclusions to which no response is required. Paragraph 2 contains a description of unspecified documents purportedly obtained by Apple in discovery, which have not been provided to Defendant despite Defendant's requests. Defendant accordingly lacks knowledge or information sufficient to form a belief as to such allegations, which are therefore denied. Defendant admits that it sold Apple products to Mobile Star. Defendant admits that it has received Apple products from Starkeys and SATK in arm's-length transactions. Defendant lacks knowledge or information sufficient to form a belief as to the remaining allegations in this paragraph and on that basis, the remaining allegations are denied.

3. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 3 and on that basis, the allegations in this paragraph are denied.

4. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 4 and on that basis, the allegations in this paragraph are denied.

5. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 5 and on that basis, the allegations in this paragraph are denied.

6. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 6 and on that basis, the allegations in this paragraph are denied.

7. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 7 and on that basis, the allegations in this paragraph are denied.

8. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 8 and on that basis, the allegations in this paragraph are denied.

9. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 9 and on that basis, the allegations in this paragraph are denied.

10. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 10 and on that basis, the allegations in this paragraph are denied.

11. Paragraph 11 states Plaintiff's description of the action to which no response is required. To the extent any response is required, Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph and on that basis, the allegations are denied.

## JURISDICTION AND VENUE

12. Paragraph 12 states Plaintiff's description of the action and legal conclusions to which no response is required.

13. Paragraph 13 states legal conclusions to which no response is required.

14. Paragraph 14 states legal conclusions to which no response is required.

15. Paragraph 15 states a legal conclusion to which no response is required.

16. Defendant is allegedly barred from disclosing the existence or terms of the referenced agreement by a confidentiality provision referenced in Paragraph 81 of the Complaint and on that basis is unable to admit or deny the allegations of Paragraph 16. To the extent the allegations of Paragraph 16 are not purportedly subject to such confidentiality provision, the paragraph states a legal conclusion to which no response is required.

## THE PARTIES

17. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 17 and on that basis, the allegations in this paragraph are denied.

18. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 18 and on that basis, the allegations in this paragraph are denied.

19. Defendant admits that it is a New York Corporation with a principal place of business in New Jersey located at 195 Raritan Center Parkway, Edison, NJ 08837. Defendant further admits that, among various other business activities unrelated to Apple or its products, it

1  distributes, offers for sale, and sells Apple products.  The remainder of Paragraph 19 states a legal conclusion to which no response is required.

      20.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 20 and on that basis, the allegations in this paragraph are denied.

      21.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 21 and on that basis, the allegations in this paragraph are denied.

      22.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 22 and on that basis, the allegations in this paragraph are denied.

      23.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 23 and on that basis, the allegations in this paragraph are denied.

      24.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 24 and on that basis, the allegations in this paragraph are denied.

## APPLE'S BUSINESS AND ALLEGED INTELLECTUAL PROPERTY

      25.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 25 and on that basis, the allegations in this paragraph are denied.

      26.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 26 and on that basis, the allegations in this paragraph are denied.

      27.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 27 and on that basis, the allegations in this paragraph are denied.

      28.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 28 and on that basis, the allegations in this paragraph are denied.

      29.     Paragraph 29 states a legal conclusion to which no response is required.  To the extent Paragraph 29 requires a response, Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 29 and on that basis, the allegations in this paragraph are denied.

      30.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 30 and on that basis, the allegations in this paragraph are denied.

31. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 31 and on that basis, the allegations in this paragraph are denied.

32. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 32 and on that basis, the allegations in this paragraph are denied.

## DEFENDANTS' ALLEGED ACTIONS

33. Paragraph 33 states a legal conclusion to which no response is required. To the extent Paragraph 33 requires a response, the allegations are denied.

34. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 34 and on that basis, the allegations in this paragraph are denied.

35. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 35 and on that basis, the allegations in this paragraph are denied.

36. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 36 and on that basis, the allegations in this paragraph are denied.

37. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 37 and on that basis, the allegations in this paragraph are denied.

38. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 38 and on that basis, the allegations in this paragraph are denied.

39. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 39 and on that basis, the allegations in this paragraph are denied.

40. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 40 and on that basis, the allegations in this paragraph are denied.

41. Paragraph 41 is a description of unspecified information purportedly obtained by Apple in discovery, which has not been provided to Defendant despite Defendant's requests. To the extent certain allegations are based on such discovery, Defendant accordingly lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 41 and on that basis, the allegations in this paragraph are denied. Defendant admits that it obtained certain Apple products from Starkeys and SATK in arm's-length transactions.

42.     Defendant admits that it has acquired Apple products from Defendants Starkeys and SATK in arm's-length transactions. Defendant is allegedly barred from disclosing the existence or terms of the referenced agreement by a confidentiality provision referenced in Paragraph 81 of the Complaint and on that basis is unable to admit or deny the remaining allegations of Paragraph 42. To the extent the remaining allegations of Paragraph 42 are not purportedly subject to such confidentiality provision, the paragraph states a legal conclusion to which no response is required.

43.     Paragraph 43 is a description of documents purportedly received by Apple, which have not been provided to Defendant despite Defendant's requests. Defendant accordingly lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 43 and on that basis, the allegations in this paragraph are denied.

44.     Paragraph 44 is a description of unspecified documents purportedly obtained by Apple in discovery, which have not been provided to Defendant despite Defendant's requests. Defendant accordingly lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 44 and on that basis, the allegations in this paragraph are denied. Defendant denies that it was aware that power adapters it bought from Starkeys and SATK differed materially from Apple adapters.

45.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 45 regarding other defendants and on that basis, such allegations are denied. Paragraph 45 contains legal conclusions to which no response is required. To the extent the allegations in Paragraph 45 describe unspecified documents purportedly obtained by Apple in discovery, which have not been provided to Defendant despite Defendant's requests, Defendant lacks knowledge or information sufficient to form a belief as to such allegations, which are therefore denied. Defendant admits that it has received Apple products from Starkeys and SATK in arm's-length transactions, which DGL tested to ensure authenticity and quality. To the extent the remaining allegations in Paragraph 45 require a response, such allegations are denied.

46.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 46 and on that basis, the allegations in this paragraph are denied.

47. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 47 and on that basis, the allegations in this paragraph are denied.

48. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 48 and on that basis, the allegations in this paragraph are denied.

49. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 49 and on that basis, the allegations in this paragraph are denied.

50. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 50 regarding other defendants and on that basis, such allegations are denied. To the extent the allegations of Paragraph 50 state a legal conclusion, they do not require a response. To the extent the remaining allegations of Paragraph 50 require a response, the allegations are denied.

51. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 51 regarding other defendants and on that basis, such allegations are denied. Defendant denies that any of its own conduct has harmed Apple's business, goodwill, or reputation. To the extent Paragraph 51 states legal conclusions, no response is required.

52. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 52 regarding other defendants and on that basis, such allegations are denied. Paragraph 52 states a legal conclusion to which no response is required. To the extent Paragraph 52 states legal conclusions, no response is required. The remaining allegations of Paragraph 52 are denied.

**FIRST CLAIM FOR RELIEF**

(Lanham Act § 32(*l*))

53. Defendant responds to Paragraph 53 by incorporating by reference its responses to the foregoing paragraphs.

54. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 54 and on that basis, the allegations in this paragraph are denied.

55. Paragraph 55 states legal conclusions to which no response is required.

56. Paragraph 56 states legal conclusions to which no response is required.

| | | |
|---|---|---|
| 1 | 57. | Paragraph 57 states legal conclusions to which no response is required. |
| 2 | 58. | Paragraph 58 states legal conclusions to which no response is required. |

**SECOND CLAIM FOR RELIEF**

(Lanham Act § 43(a)(1)(A))

59. Defendant responds to Paragraph 59 by incorporating by reference its responses to the foregoing paragraphs.

60. Paragraph 60 states legal conclusions to which no response is required.

61. Paragraph 61 states legal conclusions to which no response is required.

62. Paragraph 62 states legal conclusions to which no response is required.

63. Paragraph 63 states legal conclusions to which no response is required.

**THIRD CLAIM FOR RELIEF**

(17 U.S.C. § 501 *et seq.*)

(Against Mobile Star, LLC Only)

64. Defendant responds to Paragraph 64 by incorporating by reference its responses to the foregoing paragraphs.

65. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 65 and on that basis, the allegations in this paragraph are denied.

66. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 66 and on that basis, the allegations in this paragraph are denied.

67. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 67 and on that basis, the allegations in this paragraph are denied.

68. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 68 and on that basis, the allegations in this paragraph are denied.

69. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 69 and on that basis, the allegations in this paragraph are denied.

70. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 70 and on that basis, the allegations in this paragraph are denied.

71.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 71 and on that basis, the allegations in this paragraph are denied.

72.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 72 and on that basis, the allegations in this paragraph are denied.

## FOURTH CLAIM FOR RELIEF
(Cal. Bus. & Prof. Code § 17200)

73.    Defendant responds to Paragraph 73 by incorporating by reference its responses to the foregoing paragraphs.

74.    Paragraph 74 states a legal conclusion to which no response is required.

75.    Paragraph 75 states legal conclusions to which no response is required.

## FIFTH CLAIM FOR RELIEF
(Breach of Contract)

76.    Defendant responds to Paragraph 76 by incorporating by reference its responses to the foregoing paragraphs.

77.    Defendant is allegedly barred from disclosing the existence or terms of the referenced agreement by the confidentiality provision referenced in Paragraph 81 of the Complaint and on that basis is unable to admit or deny the allegations of Paragraph 77.

78.    Defendant is allegedly barred from disclosing the existence or terms of the referenced agreement by the confidentiality provision referenced in Paragraph 81 of the Complaint and on that basis is unable to admit or deny the allegations of Paragraph 78.

79.    Defendant is allegedly barred from disclosing the existence or terms of the referenced agreement by the confidentiality provision referenced in Paragraph 81 of the Complaint and on that basis is unable to admit or deny the allegations of Paragraph 79.

80.    Paragraph 80 states legal conclusions to which no response is required.

81.    Defendant is allegedly barred from disclosing the existence or terms of the referenced agreement by the confidentiality provision referenced in Paragraph 81 and on that basis is unable to admit or deny the allegations of Paragraph 81.  To the extent the allegations of

Paragraph 81 are not purportedly subject to such confidentiality provision, the paragraph states a legal conclusion to which no response is required.

82. Paragraph 82 states legal conclusions to which no response is required.

83. Paragraph 83 states Apple's request for relief and does not require a response.

## JURY DEMAND

Defendant demands a trial by jury of all claims in the Complaint so triable.

## AFFIRMATIVE DEFENSES

Defendant sets forth below its affirmative defenses. Each defense is asserted as to all causes of action against it, unless otherwise noted. By setting forth these affirmative defenses, Defendant does not assume the burden of proving any fact, issue or element of a claim where such burden properly belongs to Plaintiff. Defendant also reserves the right to allege additional defenses as they become known or as they evolve during litigation.

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

Plaintiff has failed to state facts sufficient to constitute a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

**(No Damages)**

Plaintiff has not been damaged in any amount, matter, or at all by reason of any of the acts alleged against Defendant in the complaint, and therefore the relief prayed for in the complaint cannot be granted.

## THIRD AFFIRMATIVE DEFENSE

**(Speculative Injury)**

One or more of Plaintiff's claims and/or the relief it seeks is barred because the alleged damages, if any, are speculative and not recoverable.

//

### FOURTH AFFIRMATIVE DEFENSE

**(Lack of Causation)**

To the extent Plaintiff suffered any of the injuries, losses, or damages described in the Complaint, which Defendant denies, such injuries, losses, or damages were not proximately caused by Defendant's conduct.

### FIFTH AFFIRMATIVE DEFENSE

**(Consent)**

Plaintiff consented to the matters complained of in the Complaint, and such consent was both expressed and implied.

### SIXTH AFFIRMATIVE DEFENSE

**(Conduct of Others)**

Plaintiff's claims are barred or subject to set-off because any "loss" it incurred was caused by itself and/or third parties.

### SEVENTH AFFIRMATIVE DEFENSE

**(Fair Use)**

One or more of Plaintiff's claims are barred because the matters complained of in the Complaint would constitute a fair use of the terms comprising Plaintiff's alleged trademarks.

### EIGHTH AFFIRMATIVE DEFENSE

**(Abandonment and Loss of Secondary Meaning)**

One or more of Plaintiff's claims are barred because Plaintiff has failed to exercise adequate quality control over its licensees and/or the market for its products, which failure has caused Plaintiff's alleged trademarks to lose any significance as an indication of origin.

### NINTH AFFIRMATIVE DEFENSE

**(Generic Term)**

One or more of Plaintiff's claims are barred because Plaintiff's alleged trademarks have become generic terms.

//

**TENTH AFFIRMATIVE DEFENSE**

**(Laches)**

One or more of Plaintiff's claims and/or the relief it seeks are barred by the doctrine of laches.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

One or more of Plaintiff's claims and/or the relief it seeks are barred by the doctrine of estoppel.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

One or more of Plaintiff's claims and/or the relief it seeks are barred by the doctrine of unclean hands.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Substantial Performance)**

Plaintiff's claim for breach of contract is barred by the doctrine of substantial performance.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Impracticability)**

Plaintiff's claim for breach of contract is barred by the doctrine of impracticability.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Breach of Implied Covenant of Good Faith and Fair Dealing)**

Plaintiff's claim for breach of contract is barred as a result of Plaintiff's breach of the implied covenant of good faith and fair dealing.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Unconscionability)**

Plaintiff's claim for breach of contract is barred by the doctrine of unconscionability.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

One or more of Plaintiff's claims and/or relief is barred or reduced by Plaintiff's failure to

mitigate damages, if any.

### EIGHTEENTH AFFIRMATIVE DEFENSE

**(No Alter Ego Liability)**

Plaintiff's alter ego allegations are insufficient, both on their face and in fact, to establish Defendant's liability under any theory for the alleged acts of Defendants Starkeys Corp., SATK Corp, or those parties alleged "manager," Aron Khon.

### NINETEENTH AFFIRMATIVE DEFENSE

**(Violation of Antitrust Laws)**

Plaintiff's claims are barred because Plaintiff is using its alleged trademarks to violate the antitrust laws of the United States.

### PRAYER FOR RELIEF

Wherefore, Defendant respectfully requests that the Court:

1. Enter judgment in favor of Defendant and against Plaintiff on all alleged claims for relief.
2. Dismiss the claims against Defendant with prejudice.
3. Deem this action an "exceptional case" based upon Plaintiff's conduct herein and award Defendant its attorneys' fees and costs pursuant to 15 U.S.C. § 1117(a).
4. Grant such other and further relief as the Court deems just and proper.

Dated:  August 25, 2017                    Respectfully Submitted,

**BRAUNHAGEY & BORDEN LLP**

By:  */s/ Andrew Levine*
      Andrew Levine

*Attorneys for Defendant DGL Group, Ltd.*