# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 21, 2017 | **Time:** 2:16 - 2:26 = 10 minutes | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 16-cv-06001-WHO | **Case Name:** Apple Inc. v. Mobile Star LLC, et al | |

**Attorney for Plaintiff:** Thomas Zellerbach; Nathan Shaffer
**Attorney for Defendant (Mobile Star):** Aaron Moss
**Attorney for Defendant (Venturecom):** Walter Pfeffer
**Attorney for Defendant (DGL Group):** Andrew Levine
**Attorney for Defendant (Starkeys):** Naomi Gray

**Deputy Clerk:** Tracy Geiger          **FTR Recording:** 2:16 - 2:26

## PROCEEDINGS

**Further Case Management Conference**

REFERRALS:

[X]  Case to be referred to a Magistrate Judge for SETTLEMENT CONFERENCE.
     If counsel stipulate to a particular magistrate judge and contact the court clerk within one week to advise the Court of their choice, the Court will see if that judge is available.

**PRETRIAL SCHEDULE:**

**Fact discovery cutoff:** July 12, 2018
**Expert disclosure:** July 12, 2018
**Expert rebuttal:** July 30, 2018
**Expert discovery cutoff:** August 16, 2018
**Dispositive Motions heard by:** September 12, 2018
**Pretrial Conference:** November 13, 2018 at 2:00 p.m.
**Trial:** December 10, 2018 at 8:30 a.m., by [X]   Jury [  ] Court

**Order to be prepared by:**
[ ]    Plaintiff            [ ]    Defendant            [X]    Court

**Notes:**