THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
FRANCES S. CHEEVER (SBN 287585)
fcheever@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401

ARAVIND SWAMINATHAN (Pro Hac Vice)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104
Telephone:     +1-206-839-4300
Facsimile:     +1-206-839-4301

NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MOBILE STAR, LLC, a New York Limited Liability Company, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-06001-WHO <br><br> **DECLARATION OF NATHAN SHAFFER** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

SHAFFER DECL.
CASE NO. 3:16-cv-06001-WHO

I, Nathan Shaffer, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a Managing Associate at Orrick, Herrington & Sutcliffe LLP, counsel of record for Apple Inc. ("Apple"). I make this declaration in support of Plaintiff Apple Inc.'s Request to Enter Defendant Top 10 Cell Trading's Default. Except where stated upon information and belief, I have personal knowledge of the facts set forth herein and could and would testify thereto if called as a witness.

2. On information, belief, and sworn affidavits, Apple served its Amended Complaint and the Court's Summons on Abraham Hanuka, the person registered for Defendant Top 10 Cell Trading with the New York Secretary of State, on August 29, 2017. Apple served its Second Amended Complaint on Mr. Hanuka, who according to information obtained from New York State records is affiliated with Defendant OEM World in addition to Defendant Top 10 Cell Trading, on September 12, 2017. The affidavit of service for the August 29, 2017, service is on file with the Court at ECF No. 172. The affidavit of service for the September 12, 2017, service is attached as Exhibit A.

3. On information, belief, and records obtained from the New York Secretary of State, Top 10 Cell Trading Inc. is an active corporation under the laws of the State of New York, and is neither an incompetent person nor a minor. A true and correct copy of the database entry for Top 10 Cell Trading, obtained from the New York Secretary of State's website is attached as Exhibit B.

4. I have examined the docket in this case. Top 10 Cell Trading has not appeared or filed any pleading or motion permitted by law in response to Apple's allegations.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 23rd day of January, 2018, at San Francisco, CA.

*/s/ Nathan Shaffer*
NATHAN SHAFFER

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

SHAFFER DECL.
CASE NO. 3:16-cv-06001-WHO