AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
JOSHUA M. GELLER (SBN 295412)
JGeller@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

*Attorneys for Defendant*
MOBILE STAR, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MOBILE STAR, LLC, *et al.*, <br><br> Defendants. | Case No. 3:16-CV-06001 <br><br> *Assigned to: Hon. William H. Orrick* <br><br> **DEFENDANT MOBILE STAR, LLC'S ANSWER TO APPLE INC.'S SECOND AMENDED COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** <br><br><br> Action Filed: October 17, 2016 <br> Pretrial Conference: November 13, 2018 <br> Trial Date: December 10, 2018 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Defendant Mobile Star, LLC ("Mobile Star") hereby answers Apple Inc.'s ("Apple") Second Amended Complaint (the "Complaint") as follows:

1. The allegations in paragraph 1 of Apple's Complaint contain arguments and legal conclusions that are not directed at Mobile Star and therefore do not require a response. To the extent any response is required, however, Mobile Star denies each and every allegation contained in paragraph 1 of Apple's Complaint.

2. Mobile Star admits that it purchased Apple products from, among other sources, DGL, Top10Cell, BuyRite18, OEM World, and Venturecom. The remaining allegations in paragraph 2 of Apple's Complaint contain arguments and legal conclusions that are not directed at Mobile Star and therefore do not require a response. To the extent any response is required, however, Mobile Star denies each and every remaining allegation contained in paragraph 2 of Apple's Complaint.

3. The allegations in paragraph 3 of Apple's Complaint contain arguments and legal conclusions that are not directed at Mobile Star and therefore do not require a response. To the extent any response is required, however, Mobile Star denies each and every allegation contained in paragraph 3 of Apple's Complaint.

4. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 4 of Apple's Complaint and therefore denies those allegations.

5. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 5 of Apple's Complaint and therefore denies those allegations. Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

6. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 6 of Apple's Complaint and therefore denies those allegations.

7. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 7 of Apple's Complaint and therefore denies those

1 allegations.  Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

8. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 8 of Apple's Complaint and therefore denies those allegations.  Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

9. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 9 of Apple's Complaint and therefore denies those allegations.  Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

10. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 10 of Apple's Complaint and therefore denies those allegations.

11. The allegations in paragraph 11 of Apple's Complaint contain arguments and legal conclusions that are not directed at Mobile Star and therefore do not require a response.  To the extent any response is required, however, Mobile Star denies each and every allegation contained in paragraph 11 of Apple's Complaint.

12. The allegations in paragraph 12 of Apple's Complaint contain arguments and legal conclusions that are not directed at Mobile Star and therefore do not require a response.  To the extent any response is required, however, Mobile Star denies each and every allegation contained in paragraph 12 of Apple's Complaint.  Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

13. Mobile Star admits the allegations contained in paragraph 13 of Apple's Complaint.

14. Mobile Star admits that this Court has personal jurisdiction over it in this action. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in paragraph 14 of Apple's Complaint and therefore denies those

1 allegations. Except as expressly admitted, Mobile Star denies each and every allegation
2 contained in paragraph 14 of Apple's Complaint.

3     15.    Mobile Star admits that venue is proper in this Court as to Mobile Star. Mobile
4 Star lacks knowledge or information sufficient to form a belief about the truth of the remaining
5 allegations contained in paragraph 15 of Apple's Complaint and therefore denies those
6 allegations. Except as expressly admitted, Mobile Star denies each and every allegation
7 contained in paragraph 15 of Apple's Complaint.

8     16.    The allegations contained in paragraph 16 are not directed at Mobile Star and
9 therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or
10 information sufficient to form a belief about the truth of the allegations contained in paragraph 16
11 of Apple's Complaint and therefore denies those allegations.

12     17.    Mobile Star lacks knowledge or information sufficient to form a belief about the
13 truth of the allegations contained in paragraph 17 of Apple's Complaint and therefore denies
14 those allegations.

15     18.    Mobile Star admits that it is a New York Limited Liability Company with a
16 principal place of business at 250 Liberty St., Metuchen, NJ 08840. Except as expressly
17 admitted, Mobile Star denies each and every allegation contained in paragraph 18 of Apple's
18 Complaint.

19     19.    The allegations contained in paragraph 19 are not directed at Mobile Star and
20 therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or
21 information sufficient to form a belief about the truth of the allegations contained in paragraph 19
22 of Apple's Complaint and therefore denies those allegations.

23     20.    The allegations contained in paragraph 20 are not directed at Mobile Star and
24 therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or
25 information sufficient to form a belief about the truth of the allegations contained in paragraph 20
26 of Apple's Complaint and therefore denies those allegations.

27     21.    The allegations contained in paragraph 21 are not directed at Mobile Star and
28 therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

information sufficient to form a belief about the truth of the allegations contained in paragraph 21 of Apple's Complaint and therefore denies those allegations.

22. The allegations contained in paragraph 22 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 22 of Apple's Complaint and therefore denies those allegations.

23. The allegations contained in paragraph 23 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 23 of Apple's Complaint and therefore denies those allegations.

24. The allegations contained in paragraph 24 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 24 of Apple's Complaint and therefore denies those allegations.

25. The allegations contained in paragraph 25 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 25 of Apple's Complaint and therefore denies those allegations.

26. The allegations contained in paragraph 26 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 26 of Apple's Complaint and therefore denies those allegations.

27. The allegations contained in paragraph 27 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 27 of Apple's Complaint and therefore denies those allegations.

28. The allegations contained in paragraph 28 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or

1 information sufficient to form a belief about the truth of the allegations contained in paragraph 28 of Apple's Complaint.

29. The allegations contained in paragraph 29 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 29 of Apple's Complaint and therefore denies those allegations.

30. The allegations contained in paragraph 30 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 30 of Apple's Complaint and therefore denies those allegations.

31. The allegations contained in paragraph 31 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 31 of Apple's Complaint and therefore denies those allegations.

32. The allegations contained in paragraph 32 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 32 of Apple's Complaint and therefore denies those allegations.

33. The allegations contained in paragraph 33 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 33 of Apple's Complaint and therefore denies those allegations.

34. Mobile Star denies each and every allegation contained in paragraph 34 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 34 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 34 of Apple's Complaint and therefore denies those allegations.

35. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 35 of Apple's Complaint and therefore denies those allegations.

36. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 36 of Apple's Complaint and therefore denies those allegations.

37. Mobile Star admits that Apple sent certain letters to Mobile Star dated June 7, 2016 and June 14, 2016 containing allegations relating to the distribution of counterfeit goods. Mobile Star promptly investigated and responded to these allegations and requested additional information from Apple to aid in Mobile Star's investigation. Mobile Star is aware that Apple has had certain discussions with Amazon.com relating to the subject matter of Apple's Complaint, but lacks knowledge or information sufficient to form a belief about the truth of Apple's allegations concerning the contents of those discussions and therefore denies Apple's allegations in paragraph 37 of Apple's Complaint. Except as expressly admitted, Mobile Star denies each and every allegation contained in paragraph 37 of Apple's Complaint. Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

38. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 38 of Apple's Complaint, and therefore denies those allegations, except that Mobile Star expressly denies Apple's allegation that: "To conceal the dangers that these Mobile Star products pose to consumers, many also bear a phony UL safety certification."

39. Mobile Star is aware that Apple has had certain discussions with Groupon relating to the subject matter of Apple's Complaint, but lacks knowledge or information sufficient to form a belief about the truth of Apple's allegations concerning the contents of those discussions and therefore denies Apple's allegations in paragraph 39 of Apple's Complaint. Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

40. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 40 of Apple's Complaint, and therefore denies those allegations, except that Mobile Star specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

41. Mobile Star admits that Apple obtained discovery from Mobile Star and third parties in this litigation. Mobile Star admits that discovery produced by Mobile Star identified entities that supplied Mobile Star with Apple products. Except as expressly admitted, Mobile Star denies each and every allegation contained in paragraph 41 of Apple's Complaint. Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

42. Mobile Star admits that Apple obtained information in discovery that identified DGL as having sold Apple-branded products to Mobile Star. The remaining allegations contained in paragraph 42 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 42 of Apple's Complaint and therefore denies those allegations. Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

43. The allegations contained in paragraph 43 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 43 of Apple's Complaint and therefore denies those allegations.

44. The allegations contained in paragraph 44 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 44 of Apple's Complaint and therefore denies those allegations.

45. The allegations contained in paragraph 45 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or

information sufficient to form a belief about the truth of the allegations contained in paragraph 45 of Apple's Complaint and therefore denies those allegations.

46. The allegations contained in paragraph 46 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 46 of Apple's Complaint and therefore denies those allegations.

47. Mobile Star admits that Apple obtained information in discovery that identified BuyRite18 as having sold Apple-branded products to Mobile Star. The remaining allegations contained in paragraph 47 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 47 of Apple's Complaint and therefore denies those allegations. Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

48. Mobile Star admits that Apple obtained information in discovery that identified OEM World as having sold Apple-branded products to Mobile Star. The remaining allegations contained in paragraph 48 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 48 of Apple's Complaint and therefore denies those allegations. Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

49. Mobile Star admits that Apple obtained information in discovery that identified OEM World as having sold Apple-branded products to Mobile Star. The remaining allegations contained in paragraph 49 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 49 of Apple's Complaint and therefore denies those allegations. Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

50. Mobile Star admits that Apple obtained information in discovery that identified Top10Cell as having sold Apple-branded products to Mobile Star. The remaining allegations contained in paragraph 50 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 50 of Apple's Complaint and therefore denies those allegations. Mobile Star further specifically denies that it knowingly purchased or resold any counterfeit Apple-branded products.

51. Mobile Star denies each and every allegation contained in paragraph 51 directed at Mobile Star. The remaining allegations contained in paragraph 51 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 51 of Apple's Complaint and therefore denies those allegations.

52. Mobile Star denies each and every allegation contained in paragraph 52 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 52 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 52 of Apple's Complaint and therefore denies those allegations.

53. Mobile Star denies each and every allegation contained in paragraph 53 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 53 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 53 of Apple's Complaint and therefore denies those allegations.

**FIRST CLAIM FOR RELIEF**

54. Mobile Star refers to its answers to paragraphs 1 through 53 of the Complaint and incorporates them by reference.

55. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 55 of Apple's Complaint and therefore denies those allegations.

56. Mobile Star denies each and every allegation contained in paragraph 56 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 56 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 56 of Apple's Complaint and therefore denies those allegations.

57. Mobile Star denies each and every allegation contained in paragraph 57 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 57 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 57 of Apple's Complaint and therefore denies those allegations.

58. Mobile Star denies each and every allegation contained in paragraph 58 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 58 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 58 of Apple's Complaint and therefore denies those allegations.

59. Mobile Star denies each and every allegation contained in paragraph 59 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 59 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 59 of Apple's Complaint and therefore denies those allegations.

**SECOND CLAIM FOR RELIEF**

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

60. Mobile Star refers to its answers to paragraphs 1 through 59 of the Complaint and incorporates them by reference.

61. Mobile Star denies each and every allegation contained in paragraph 61 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 61 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 61 of Apple's Complaint and therefore denies those allegations.

62. Mobile Star denies each and every allegation contained in paragraph 62 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 62 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 62 of Apple's Complaint and therefore denies those allegations.

63. Mobile Star denies each and every allegation contained in paragraph 63 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 63 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 63 of Apple's Complaint and therefore denies those allegations.

64. Mobile Star denies each and every allegation contained in paragraph 64 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 64 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 64 of Apple's Complaint and therefore denies those allegations.

**THIRD CLAIM FOR RELIEF**

65. Mobile Star refers to its answers to paragraphs 1 through 64 of the Complaint and incorporates them by reference.

66. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 66 of Apple's Complaint and therefore denies those allegations.

67. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 67 of Apple's Complaint and therefore denies those allegations.

68. Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 68 of Apple's Complaint and therefore denies those allegations.

69. Mobile Star denies each and every allegation contained in paragraph 69 of Apple's Complaint.

70. Mobile Star denies each and every allegation contained in paragraph 70 of Apple's Complaint.

71. Mobile Star denies each and every allegation contained in paragraph 71 of Apple's Complaint.

72. Mobile Star denies each and every allegation contained in paragraph 72 of Apple's Complaint.

73. Mobile Star denies each and every allegation contained in paragraph 73 of Apple's Complaint.

**FOURTH CLAIM FOR RELIEF**

74. Mobile Star refers to its answers to paragraphs 1 through 73 of the Complaint and incorporates them by reference.

75. Mobile Star denies each and every allegation contained in paragraph 75 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 75 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the

allegations contained in paragraph 75 of Apple's Complaint and therefore denies those allegations.

76. Mobile Star denies each and every allegation contained in paragraph 76 of Apple's Complaint directed at Mobile Star. The remaining allegations contained in paragraph 76 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 76 of Apple's Complaint and therefore denies those allegations.

**FOURTH CLAIM FOR RELIEF**

77. Mobile Star refers to its answers to paragraphs 1 through 76 of the Complaint and incorporates them by reference.

78. The allegations contained in paragraph 78 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 78 of Apple's Complaint and therefore denies those allegations.

79. The allegations contained in paragraph 79 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 79 of Apple's Complaint and therefore denies those allegations.

80. The allegations contained in paragraph 80 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 80 of Apple's Complaint and therefore denies those allegations.

81. The allegations contained in paragraph 81 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 81 of Apple's Complaint and therefore denies those allegations.

82. The allegations contained in paragraph 82 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 82 of Apple's Complaint and therefore denies those allegations.

83. The allegations contained in paragraph 83 are not directed at Mobile Star and therefore do not require a response. To the extent that they do, Mobile Star lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 83 of Apple's Complaint and therefore denies those allegations.

## AFFIRMATIVE DEFENSES

As a further and separate answer to Apple's Second Amended Complaint, and by way of affirmative defenses, Mobile Star alleges:

### FIRST AFFIRMATIVE DEFENSE

### (Laches)

Apple is barred from any relief under the doctrine of laches because it unreasonably delayed in asserting its purported claims.

### SECOND AFFIRMATIVE DEFENSE

### (Waiver)

Apple has waived any right to obtain the relief sought on each of its purported claims.

### THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

Apple is not entitled to the relief sought on each of its purported claims because Apple is guilty of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

### (Innocent Infringement)

To the extent Mobile Star infringed any of Apple's copyrights or trademarks—which it denies—such infringement was innocent and not willful.

### FIFTH AFFIRMATIVE DEFENSE

### (Trademark & Copyright Misuse)

Apple is not entitled to the relief sought on each of its purported claims because Apple is using the trademarks and copyrights at issue to violate the antitrust laws of the United States and otherwise in contravention of the purposes of U.S. trademark and copyright law.

## SIXTH AFFIRMATIVE DEFENSE

### (Actions of Others)

To the extent that Apple was damaged as alleged in its Complaint, those damages were caused by itself or by third parties, and not by Mobile Star.

## SEVENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

To the extent that further investigation and discovery would reveal additional affirmative defenses to which Mobile Star is entitled, it reserves the right to assert such additional affirmative defenses.

## PRAYER FOR RELIEF

WHEREFORE, Mobile Star prays for judgment as follows:

1. That Apple take nothing by way of its Complaint;

2. That each and every purported claim for relief set forth in the Complaint be dismissed with prejudice;

3. For costs of suit, including reasonable attorney's fees incurred herein; and

4. For such other and further relief as the Court may deem just and proper in favor of Mobile Star.

## JURY TRIAL DEMAND

Mobile Star hereby demands a trial by jury in this action.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DATED: March 15, 2018

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: _____
AARON J. MOSS (SBN 190625)
Attorneys for Defendant
MOBILE STAR, LLC