THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
FRANCES S. CHEEVER (SBN 287585)
fcheever@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:	+1-650-614-7400
Facsimile:	+1-650-614-7401

ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104
Telephone:	+1-206-839-4300
Facsimile:	+1-206-839-4301

NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:	+1-415-773-5700
Facsimile:	+1-415-773-5759

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOBILE STAR, LLC, a New York Limited Liability Company, *et al.*,<br><br>　　　　Defendants. | Case No. 3:16-cv-06001-WHO (EDL)<br><br>**ADMINISTRATIVE MOTION TO CONTINUE SETTLEMENT CONFERENCE** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

ADMIN. MOT. TO CONTINUE
SETTLEMENT CONFERENCE
CASE NO. 3:16-cv-06001-WHO (EDL)

Magistrate Judge Laporte scheduled a settlement conference for May 2, 2018 at 9:30 a.m. For the reasons set forth below, Plaintiff Apple Inc. respectfully requests that Judge Laporte move the settlement conference to May 24, 2018.[1]  Apple conferred with all defendants who have appeared in this case.  Defendants DGL Group Ltd., Venturecom Distribution, Inc., Starkeys Corp., and SATK Corp. do not object the date proposed by Apple.  Defendant Mobile Star LLC opposes moving the settlement conference.

Apple believes that postponing the settlement conference is desirable for two reasons. First, Apple is actively negotiating settlement with several defendants.  The issues in the case, therefore, may be narrowed if the settlement conference takes place a few weeks later than originally scheduled.   Second, the parties are in the midst of discovery, but several of Apple's document requests remain outstanding, and many depositions have not yet been scheduled.  Some depositions may not take place until May.  Apple believes that parties will be better able to evaluate the case for settlement purposes once document production and depositions are substantially complete.

Dated: March 19, 2018                    ORRICK, HERRINGTON & SUTCLIFFE, LLP

By:    */s/ Thomas H. Zellerbach*
              THOMAS H. ZELLERBACH
              ARAVIND SWAMINATHAN
              NATHAN SHAFFER
              FRANCES S. CHEEVER

              Attorneys for Plaintiff
              Apple Inc.

---

[1] Apple acknowledges that Judge Laporte's January 24, 2018 order required the parties to contact the courtroom deputy within one week if they were unavailable on May 2, 2018 or believed the conference would be productive at a different time.  Apple remains available on May 2, 2018.  Until recently, Apple believed that discovery, as well as its own independent efforts to negotiate settlements, would be substantially complete by May 2, 2018.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

ADMIN. MOT. TO CONTINUE
SETTLEMENT CONFERENCE
CASE NO. 3:16-cv-06001-WHO (EDL