THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
FRANCES S. CHEEVER (SBN 287585)
fcheever@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    +1-650-614-7400
Facsimile:     +1-650-614-7401

ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104
Telephone:    +1-206-839-4300
Facsimile:     +1-206-839-4301

NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:    +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MOBILE STAR, LLC, a New York Limited Liability Company, *et al.*,<br><br>　　　　Defendants. | Case No. 3:16-cv-06001-WHO (EDL)<br><br>**DECLARATION OF THOMAS H. ZELLERBACH RE ADMINISTRATIVE MOTION TO CONTINUE SETTLEMENT CONFERENCE** |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

ZELLERBACH DECL. RE
ADMIN. MOT. TO CONTINUE
SETTLEMENT CONFERENCE
CASE NO. 3:16-cv-06001-WHO (EDL)

I, Thomas H. Zellerbach, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a partner at Orrick, Herrington & Sutcliffe LLP, and counsel of record for Apple Inc. I am familiar with the events, pleadings, and discovery in this action and, if called as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I confirmed with counsel for DGL Group Ltd., Venturecom Distribution, Inc., Starkeys Corp., and SATK Corp. that their respective clients did not object to Apple's motion to continue the settlement conference and that they would be available on May 24, 2018.

3. On March 19, 2018, counsel for Mobile Star LLC, Aaron Moss, informed me that Mobile Star would prefer to keep the currently-scheduled date of the settlement conference.

Executed on March 19, 2018 in Menlo Park, California.

*/s/ Thomas H. Zellerbach*
THOMAS H. ZELLERBACH

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

ZELLERBACH DECL. RE
ADMIN. MOT. TO CONTINUE
SETTLEMENT CONFERENCE
CASE NO. 3:16-cv-06001-WHO (EDL)