THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
FRANCES S. CHEEVER (SBN 287585)
fcheever@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   +1-650-614-7400
Facsimile:    +1-650-614-7401

ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104
Telephone:   +1-206-839-4300
Facsimile:    +1-206-839-4301

NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| APPLE INC., | Case No. 3:16-cv-06001-WHO |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF TOP 10 CELL TRADING INC.** |
| v. | |
| MOBILE STAR, LLC, a New York Limited Liability Company, *et al.*, | Judge: Hon. William H. Orrick |
| Defendants. | |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:16-cv-06001-WHO

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Apple Inc., by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Top 10 Cell Trading Inc.

Dated: November 27, 2018                         ORRICK, HERRINGTON & SUTCLIFFE, LLP

By: */s/ Nathan Shaffer*
 THOMAS H. ZELLERBACH
 ARAVIND SWAMINATHAN
 NATHAN SHAFFER
 FRANCES S. CHEEVER

 Attorneys for Plaintiff
 Apple Inc.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:16-cv-06001-WHO