[Counsel Listed on Signature Page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Apple Inc.,<br><br>           Plaintiff,<br><br>     v.<br><br>Mobile Star, LLC, a New York Limited Liability Company, *et al.*,<br><br>           Defendants. | Case No. 3:16-cv-06001-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:    December 4, 2018<br>Time:   2:00 PM<br>Dept:   Courtroom 2, 17th Floor<br>Judge:  Hon. William H. Orrick |

Pursuant to this Court's Order Vacating Trial Date, ECF No. 233, and Local Rule 16-10(d), Plaintiff Apple Inc. and Defendants Mobile Star, LLC ("Mobile Star"), Venturecom Distribution, Inc. ("Venturecom"), DGL Group, LTD ("DGL Group"), Starkeys Corp. and SATK Corp. (collectively, "Starkeys"), and BuyRite18, Inc. ("BuyRite18") submit this Joint Case Management Statement.

As indicated in Apple's Motion to Vacate the Trial Date, ECF No. 232, the case is resolved or will be imminently resolved as follows:

- <u>Mobile Star</u>. Apple and Mobile Star filed a stipulated consent judgment on November 21, which if granted by the Court will dispose of all claims against Mobile Star.

- <u>BuyRite18, Inc.</u> Apple and Buyrite18 filed a stipulated consent judgment on November 21, which if granted by the Court will dispose of all claims against BuyRite18.

- <u>DGL</u>. Apple and DGL have reached agreement on the terms of a long-form settlement agreement and are in the process of executing the agreement and submitting a stipulated consent judgment to the Court.

- <u>Venturecom</u>. Apple and Venturecom have negotiated a long-form settlement

agreement and are in the process of executing the agreement and submitting a stipulated consent judgment to the Court.

- <u>Starkeys.</u>  Apple has reached a final settlement agreement with Starkeys.  Pursuant to that agreement, the parties anticipate filing a voluntary dismissal with prejudice shortly.

- <u>Top 10 Cell Trading Inc.</u>  Apple has voluntarily dismissed Top 10 Cell Trading without prejudice, ECF No. 236.

- <u>Top10 Cell, Inc.</u>  Apple and Top10 Cell Inc. negotiated a long-form settlement agreement and are in the process of executing the agreement and submitting a stipulated consent judgment to the Court.

- <u>OEM World, Inc.</u>  Apple has notified OEM World's counsel that Apple will provide a copy of a motion for entry of default judgment on OEM World before November 30, and, absent appearance from OEM World, Apple will file the motion for the Court's consideration before the case management conference set for on December 4th.

Based on the foregoing, this case is resolved or will be imminently resolved with respect to all defendants.  The appearing Defendants respectfully request that the Court continue the upcoming Case Management Conference by 60–90 days to allow for the complete disposition of the case without further expenditure of judicial and party resources.  Apple is cognizant of Local Rule 6-1(b)'s requirement that a continuance of any matter on the Court's calendar must be sought at least 14 days before the calendared event.  However, in light of the recently filed consent judgments, pending resolutions related to the remaining defendants, and opportunity to conserve judicial resources, Apple does not oppose a continuance but is ready to appear at the hearing as presently calendared.

| | | |
|---|---|---|
| 1 | THOMAS H. ZELLERBACH (SBN 154557) | AARON J. MOSS (SBN 190625) |
| | tzellerbach@orrick.com | AMoss@GreenbergGlusker.com |
| 2 | VICKIE FEEMAN (SBN 177487) | JOSHUA M. GELLER (SBN 295412) |
| | vfeeman@orrick.com | JGeller@GreenbergGlusker.com |
| 3 | FRANCES S. CHEEVER (SBN 287585) | GREENBERG GLUSKER FIELDS |
| | fcheever@orrick.com | CLAMAN & MACHTINGER LLP |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP | 1900 Avenue of the Stars, 21st Floor |
| | 1000 Marsh Road | Los Angeles, California 90067-4590 |
| 5 | Menlo Park, CA 94025 | Telephone: 310-553-3610 |
| | Telephone:   +1-650-614-7400 | Facsimile: 310-553-0687 |
| 6 | Facsimile:   +1-650-614-7401 | |

*Attorneys for Plaintiff Apple Inc.* (lines 11–12, left column)

*Attorneys for Defendant Mobile Star, LLC* (right column)

NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Right column:
WALTER C. PFEFFER
(wpfeffer@singerbea.com)
SINGER BEA LLP
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Telephone: 415-500-6080

*Attorney for Defendant Venturecom Distribution, Inc.*

ABE LAMPART
(SBN 92406)
abe@lampartlaw.com
LAW OFFICES OF ABE LAMPART, P.C.
456 Montgomery Street
Suite 1300
San Francisco, CA 94104
Telephone:   415-274-0999
Facsimile:   415-274-2563

Right column:
J. Noah Hagey (SBN 262331)
(hagey@braunhagey.com)
Andrew Levine (SBN 278246)
(levine@braunhagey.com)
J. Tobias Rowe (SBN 305596)
(rowe@braunhagey.com)
BRAUN HAGEY & BORDEN LLP
220 Sansome Street, Second Floor
San Francisco, CA 94104
Telephone: 415-599-0210
Facsimile: 415-276-1808

*Attorneys for Defendant DGL Group, LTD.*

Naomi Jane Gray (SBN 230171)
ngray@shadesofgray.law
SHADES OF GRAY LAW GROUP, P.C.
100 Shoreline Highway, Suite 100 B
Mill Valley, CA 94941
Telephone: 415-746-9260
Facsimile:   415-968-4328

*Attorney for Defendants STARKEYS CORP. and SATK CORP.*

1

Dated: November 27, 2018                By:  *Nathan Shaffer*
                                              Nathan Shaffer
                                          *Attorneys for Apple Inc.*

Dated: November 27, 2018                By:  *Aaron J. Moss*
                                              Aaron J. Moss
                                        *Attorneys for Mobile Star, LLC*

Dated: November 27, 2018                By:  *Walter C. Pfeffer*
                                              Walter C. Pfeffer
                                         *Attorneys for Venturecom
                                             Distribution, Inc.*

Dated: November 27, 2018                By:  *Andrew Levine*
                                              Andrew Levine
                                       *Attorneys for DGL Group, LTD.*

Dated: November 27, 2018                By:  *Naomi Jane Gray*
                                              Naomi Jane Gray
                                      *Attorneys for Starkeys Corp. and
                                              SATK Corp.*

Dated: November 27, 2018
                                        By:  *Abe Lampart*
                                              Abe Lampart
                                        *Attorney for BuyRite18, Inc.*

**ATTESTATION OF CONCURRENCE**

    I, Nathan Shaffer, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 27, 2018　　　　　　　　　　　　　*/s/ Nathan Shaffer*
　　　　　　　　　　　　　　　　　　　　　　　　　　Nathan Shaffer