THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
FRANCES S. CHEEVER (SBN 287585)
fcheever@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   +1-650-614-7400
Facsimile:   +1-650-614-7401

ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104
Telephone:   +1-206-839-4300
Facsimile:   +1-206-839-4301

NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Apple Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mobile Star, LLC, a New York Limited Liability Company, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-06001-WHO <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date:     February 5, 2019 <br> Time:    2:00 PM <br> Dept:    Courtroom 2, 17th Floor <br> Judge:   Hon. William H. Orrick |

Pursuant to this Court's Order Vacating Trial Date, ECF No. 233, the notice of continuance of the case management statement, ECF No. 239, and Local Rule 16-10(d), Plaintiff Apple Inc. hereby submits the following case management statement.

1    With one exception, this case is resolved with respect to all Defendants.  *See* ECF Nos. 246 (DGL Group), 244 (Venturecom Distribution), 241 (Buyrite18), 240 (Mobile Star), 238 (OEM World, Inc.), 236 (Top 10 Cell Trading, Inc.), 247 (Starkeys Corp. and SATK Corp.).

The remaining defendant, Top 10 Cell Inc., has not appeared in the case.  Apple anticipates that the case will be resolved with respect to that defendant by February 5, 2019.

In light of the procedural posture and imminent resolution of claims against all defendants, Apple does not anticipate that any remaining issues will require the Court's attention at the February 5, 2019, status conference, although Apple is prepared to appear if the Court prefers to keep the conference on calendar.

Dated: January 29, 2019                    ORRICK, HERRINGTON & SUTCLIFFE, LLP


By:     */s/ Nathan Shaffer*
          THOMAS H. ZELLERBACH
          ARAVIND SWAMINATHAN
          NATHAN SHAFFER
          FRANCES S. CHEEVER

          Attorneys for Plaintiff
          Apple Inc.