1  THOMAS H. ZELLERBACH (SBN 154557)
   tzellerbach@orrick.com
2  FRANCES S. CHEEVER (SBN 287585)
   fcheever@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     +1-650-614-7400
5  Facsimile:     +1-650-614-7401

6  ARAVIND SWAMINATHAN (*Pro Hac Vice*)
   aswaminathan@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   701 5th Avenue, Suite 5600
8  Seattle, WA 98104
   Telephone:     +1-206-839-4300
9  Facsimile:     +1-206-839-4301

10 NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
12 San Francisco, CA 94105
   Telephone:     +1-415-773-5700
13 Facsimile:     +1-415-773-5759

14 Attorneys for Plaintiff
   APPLE INC.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                            SAN FRANCISCO

19

20 | APPLE INC.,                              | Case No. 3:16-cv-06001-WHO
21 |         Plaintiff,                       | **NOTICE OF VOLUNTARY DISMISSAL OF TOP10 CELL, INC.**
22 |         v.                               |
   |                                          | Judge: Hon. William H. Orrick
23 | MOBILE STAR, LLC, a New York Limited     |
   | Liability Company, *et al.*,             |
24 |                                          |
   |         Defendants.                      |
25

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:16-cv-06001-WHO

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Apple Inc., by and
2  through its undersigned counsel, hereby give notice that the above-captioned action is voluntarily
3  dismissed, with prejudice, subject to settlement terms reached between the parties, against
4  defendant Top10 Cell, Inc., with each side to bear its own fees and costs.

Dated: February 1, 2019                    ORRICK, HERRINGTON & SUTCLIFFE, LLP


                                           By:    */s/ Nathan Shaffer*
                                                  THOMAS H. ZELLERBACH
                                                  ARAVIND SWAMINATHAN
                                                  NATHAN SHAFFER
                                                  FRANCES S. CHEEVER

                                                  Attorneys for Plaintiff
                                                  Apple Inc.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:16-cv-06001-WHO