THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
FRANCES S. CHEEVER (SBN 287585)
fcheever@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   +1-650-614-7400
Facsimile:   +1-650-614-7401

ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104
Telephone:   +1-206-839-4300
Facsimile:   +1-206-839-4301

NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Apple Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mobile Star, LLC, a New York Limited Liability Company, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-06001-WHO <br><br> **SUPPLEMENTAL CASE MANAGEMENT STATEMENT** <br><br> Date:     February 5, 2019 <br> Time:    2:00 PM <br> Dept:    Courtroom 2, 17th Floor <br> Judge:   Hon. William H. Orrick |

Pursuant to this Court's Order Vacating Trial Date, ECF No. 233, the notice of continuance of the case management statement, ECF No. 239, and Local Rule 16-10(d), Plaintiff Apple Inc. hereby submits the following statement to supplement the January 26, 2019, Case

1  Management Statement (ECF No. 248).

2      With the dismissal of Top10 Cell, Inc. (ECF No. 249) this case is now resolved with
3  respect to all Defendants.  Apple respectfully requests that the February 5, 2019, case
4  management conference be vacated and the case closed, subject to any continued jurisdiction
5  retained by the Court in previously entered orders.

Dated: February 1, 2019          ORRICK, HERRINGTON & SUTCLIFFE, LLP

By:    */s/ Nathan Shaffer*
THOMAS H. ZELLERBACH
ARAVIND SWAMINATHAN
NATHAN SHAFFER
FRANCES S. CHEEVER

Attorneys for Plaintiff
Apple Inc.